(No. 74-CC-48—▮▮▮▮▮▮▮▮)

HURST-ROSCHE ENGINEERS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed June 16, 1975.*

A. PAUL ROSCHE, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

BURKS, J.